**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-7053**

—————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

ANTHONY JOHN MALDONADO, a/k/a Herminio Parrilla, a/k/a Spanish,

          Defendant – Appellant.

—————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., Senior District Judge. (1:97-cr-00220-NCT-1)

—————

Submitted: December 17, 2009    Decided: December 28, 2009

—————

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

John David Bryson, WYATT, EARLY, HARRIS & WHEELER, LLP, High Point, North Carolina, for Appellant. L. Patrick Auld, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony John Maldonado appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject to the discretion of the district court"); United States v. Legree, 205 F.3d 724, 727 (4th Cir. 2000). Thus, we affirm the district court's order for the reasons stated there. See United States v. Maldonado, No. 1:97-cr-00220-NCT-1 (M.D.N.C. May 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED